Dennis R. TURNBAUGH, Employee–
Respondent,

v.

EXCALIBUR PACKAGING & DESIGN,
Employer–Appellant,

and

General Accident Group,
Insurer–Appellant.

No. 65724.

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 29, 1994.

Evans & Dixon, Patrick A. Patterson, St. Louis, for appellant.

Andrew H. Marty, St. Louis, for respondent.

Before CRANE, P.J., and CRANDALL and DOWD, JJ.

*ORDER*

PER CURIAM.

Employer, Excalibur Package & Design, and insurer, General Accident Group, appeal from the decision of the Labor and Industrial Relations Commission in favor of claimant, Dennis Turnbaugh in this workers' compensation case.

The decision of the Labor and Industrial Relation Commission is supported by competent and substantial evidence on the whole record; no error of law appears. An opinion would have no precedential value. The decision is affirmed. Rule 84.16(b).